UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ROBIN M. LEE, ESP II, & ALL HIS PERCENTS & HOLDINGS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> EXPERIAN CORP. & FREMONT HOTEL CASINO, BOYD GAMING INDUSTRIES, <br><br> Defendants. | Case No. 2:12-cv-00696-MMD-GWF <br><br> ORDER |

Before the Court is Plaintiff Robin M. Lee's Ex Parte Motion for Leave of Court to Amend his Complaint. (Dkt. no. 23.) The Court dismissed this case about a year ago, on October 25, 2012. (Dkt. no. 22.) Plaintiff's Motion is denied for two reasons. First, Plaintiff fails to comply with Local Rule 7-5(b) which provides that al ex parte motions (i.e., motions not served on the other parties) must contain a statement showing good cause why the matter was submitted without notice to the other parties. Plaintiff does not explain why he is filing his Motion ex parte without serving the other parties and the Court cannot discern the reason for his ex parte filing after reading the Motion. It is also unclear as to why Plaintiff filed his Motion under seal. Second, Plaintiff's Motion does not explain why he should be permitted to amend his Complaint. Accordingly, Plaintiff's Motion is denied. The Clerk is instructed to unseal Plaintiff's Motion.

DATED THIS 15th day of October 2013.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE